IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARVINAL ROY CHANDLER, JR. (TDCJ No. 2182019), | § § § § | |
| Petitioner, | § § | |
| V. | § | No. 3:20-cv-86-K-BN |
| LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND TERMINATING MOTION**

This case has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from United States District Judge Ed Kinkeade.

On January 21, 2020, the undersigned recommended that Petitioner Darvinal Roy Chandler, Jr.'s habeas action be dismissed without prejudice under Federal Rules of Civil Procedure 41(b) unless he pays the $5.00 filing fee within a reasonable time [Dkt. No. 6] (the "FCR"). Because Chandler has now paid the filing fee, the FCR is WITHDRAWN. And the Clerk of Court shall TERMINATE his construed motion for leave to proceed *in forma pauperis* [Dkt. No. 4] as moot.

SO ORDERED.

DATED: February 3, 2020

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE